UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ashley LaFave, et al.
                              Plaintiff,

v.                                          Case No.: 1:13−cv−05493
                                            Honorable Charles R. Norgle Sr.

I.C. System, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 6, 2013:

    MINUTE entry before Honorable Charles R. Norgle: An order of default is entered against defendant I. C. System, Inc. Prove−up hearing is set for 11/12/2013 at 10:00 a.m. (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.