IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY LAFAVE<br>and SAMANTHA ELLIOTT<br><br>Plaintiffs,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:13-cv-05493 |

**VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Ashley Lafave and Samantha Elliott dismiss with prejudice and without costs or fees to any party all claims asserted against defendant I.C. System, Inc., in the above-captioned matter.

    Respectfully submitted,
    **ASHLEY LAFAVE AND**
    **SAMANTHA ELLIOTT**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    IBN: 6271510
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT this Notice was filed on this 7th day of November, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following:

Alexandra Kotelon, akotelon@hinshawlaw.com.

                        By: s/ Alex Weisberg
                        ALEX D. WEISBERG
                        IBN: 6271510
                        WEISBERG & MEYERS, LLC
                        ATTORNEYS FOR PLAINTIFFS
                        5722 S. Flamingo Road, Ste. 656
                        Cooper City, FL 33330
                        (954) 212-2184
                        (866) 577-0963 fax
                        aweisberg@attorneysforconsumers.com