### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ashley LaFave, et al.
                              Plaintiff,

v.                                      Case No.: 1:13–cv–05493
                                        Honorable Charles R. Norgle Sr.

I.C. System, Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, November 8, 2013:

    MINUTE entry before Honorable Charles R. Norgle: The Court's Order dated November 6, 2013 [10] is vacated. Case dismissed with prejudice and without cost or fees to any party [10]. Civil case terminated. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.